UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,
    Plaintiffs,

v.   Case Nos.   1:02cv315
                                  1:01cv338

| Defendant | Case No. | |
|---|---|---|
| Johnny Benefield | 1:00cv630 | |
| Laurindo Bradshaw | 1:00cv350 | |
| Jeff Chenault | 1:00cv1054 | |
| Aaron Chiles | 1:03cv699 | |
| ~~Brenda Chinn~~ | ~~1:99cv78~~ | Excused |
| Nika Galvez | 1:99cv638 | |
| Denise E. Jackson | 1:97cv1139 | |
| David Jetter | 1:94cv806 | |
| Willa Jones | 1:00cv894 | |
| Charlie Scaife | 1:06mc27 | |
| Landis Scott | 1:00cv397 | |
| Dennis Suggs (HHS) | 1:02mc13 | |
| ~~James Tevis~~ | ~~1:07cv28~~ | Excused |
| Raul Tramontana (HHS) | 1:01cv147 | |
| Jodie Beser | 1:96cv596 | |
| Rodney Watson | | |
| Walter Williams | | |

(Hogan, M.J.)

Student Loan Judgment Debtors,
    Defendant(s).

CIVIL MINUTES
on Student Loan Judgment Debtor Examination

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** none present
**COURT REPORTER:** Official Reporter, Jodie Perkins
**DATE:** September 14, 2007      **TIME:** 10:00 am – 10:45

Judgment Debtor(s): _____    Attorney for Defendant(s): _____

Deborah Sanders

Craig Black

Petry Vance

## WITNESSES

## PROCEDURES

✓ Counsel Present & Judgment Debtor present.
____ Arguments held on _____

____ Judgment Debtor not present. Capias Warrant issued _____.
____ Court ordered in open court that _____

Remarks:

8 of the fifteen defts did not appear.
Gov't will file a motion to address relief requested against the defts who did not appear.
Defts present: Johnny Benefield
 Jeff Chenault
 Nilka Galvez
 David Jetter
 Charlie Scaife
 Landis Scott
 Walter Williams