IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.        : **CIVIL NO: C-1-01-338**
           : **JUDGE BECKWITH**
           : **MAGISTRATE JUDGE HOGAN**

**LAURINDO BRADSHAW,**

      **Defendant.**

### PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE
### WITH MEMORANDUM OF SUPPORT

Plaintiff, the United States of America, respectfully petitions this Court for an Order to Show Cause why Defendant, Laurindo Bradshaw should not be held in contempt of this Court for failure to abide by a valid court order.

The grounds for said motion are more fully set forth in the accompanying Memorandum in Support.

      Respectfully submitted,

      GREGORY G. LOCKHART
      United States Attorney


      s/Deborah F. Sanders
      DEBORAH F. SANDERS (0043575)
      Assistant United States Attorney
      Attorney for Plaintiff
      303 Marconi Boulevard
      Suite 200
      Columbus, Ohio  43215
      (614) 469-5715
      Fax:  (614) 469-5240
      Deborah.Sanders @usdoj.gov

## MEMORANDUM IN SUPPORT

The United States of America has previously obtained a judgment in this Court against judgment debtor. This judgment has not been paid in full.

On August 13, 2007, this Court issued its Order commanding Defendant, Laurindo Bradshaw to appear before this Court for a judgment debtor examination on Friday, September 14, 2007 at U.S. District Court, 100 East Fifth Street, Hearing Room #701 - 7th Floor, Cincinnati, Ohio 45202 at 10:00 a.m. A copy of that Order was served on the Defendant by mailing the same to the Defendant by first class mail, postage prepaid. Defendant failed to appear as ordered. Defendant has not appeared at any time since nor communicated any valid reason for not appearing, nor filed any objections, nor obtained an extension of time.

THEREFORE, Plaintiff prays that an Order be issued causing Defendant is to appear before this Court at the time fixed in said Order, to show cause why he/she should not be held in contempt of this Court's Order.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio  43215
    (614) 469-5715
    Fax:  (614) 469-5240
    Deborah.Sanders @usdoj.gov

## **CERTIFICATE OF SERVICE**

      A true copy of the above and foregoing Motion for Order to Show Cause was filed using the CM/ECF system and mailed, to Laurindo Bradshaw, Defendant, 4202 Wetzel Avenue, Cincinnati, OH  45227, by first class mail, postage prepaid, this 2nd day of October, 2007.

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney