

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

07 OCT 25 PM 1:20

USA,
    Plaintiff(s),

v.                               Case No.  1:01cv0338
                                     (J. Beckwith ; Hogan, M.J.)

Laurindo Bradshaw,
    Defendant(s)

## CIVIL MINUTES
### Show Cause Hearing re: Student Loan
### before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** *none present*
**COURT REPORTER:** Official Reporter, Mary Ann Ranz
**DATE:** October 25, 2007            **TIME:** 10:00 am—

Attorney for Plaintiff(s): _____
Deborah F. Sanders
Craig Black - Paralegal
Betty Vance - Legal Assistant

Attorney for Defendant(s): _____

### WITNESSES

### PROCEDURES

✓ Counsel Present *for USA.*
___ Arguments heard on _____
___ Court's decision to follow.
✓ Court ordered in open court that ~~a warrant~~ *for Laurindo Bradshaw will issue.*

Remarks: *Deft. was not present.*