UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                               Case No. 1:1cv338

LAURINDO BRADSHAW
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

Courtroom Deputy: **Jan Lahley**
Court Reporter/digital recording   TB071214-145853
Date/Time:  12/14/07 @ 3 pm
United States Attorney:  Robert Behlen
Defendant Attorney:  Richard Smith Monahan

*[handwritten right margin: Student loan - warrant for failure to appear]*

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[✓] Counsel present
[✓] Defendant informed of his / her rights    [✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[✓] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed. FPD

*Detention hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____    Defendant Witness _____
[ ] OR  [ ] Secured with _____  [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____
AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information or [ ] Misdemeanor Information:*
Defendant waives reading [ ]    Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] PSI ordered    [ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).  [ ] Removed to _____
[ ] Probable Cause Found

*[Filed stamp: 07 DEC 14 PM 3:57, U.S. DISTRICT COURT, SOUTHERN DIST OHIO WEST DIV CINCINNATI, JAMES BONINI CLERK]*

Remarks:
*Financial JD form completed + Installment agreement signed by D. Deft ordered released.*