# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                            Case No. CR-1-01-338 (1)

**LAURINDO BRADSHAW**

_____

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for this appearance only. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on December 14, 2007.

_____
TIMOTHY S. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Laurindo Bradshaw