%AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO (WESTERN DIVISION)__

UNITED STATES OF AMERICA

V.

LAURINDO BRADSHAW

**WARRANT FOR ARREST**

Case Number: 1:01cv338

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LAURINDO BRADSHAW__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☑ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
Violation Petition   Violation Petition   Violation

charging him or her with  (brief description of offense)
Failure to Appear at Show Cause Hearing
(see attached notice)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY S. HOGAN | *Timothy S. Hogan* (signature) | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| U.S. MAGISTRATE JUDGE | 10/29/2007 | CINCINNATI, OHIO |
| Title of Issuing Officer | Date and Location | |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at
Blue Ash chl.
9565 Kenwood Rd.
Cincinnati OH 45242

| DATE RECEIVED 10/29/07 | NAME AND TITLE OF ARRESTING OFFICER Deputy U.S. Marshal Brian Hilsinger | SIGNATURE OF ARRESTING OFFICER *B. Hilsinger* DUSM |
|---|---|---|
| DATE OF ARREST 12/14/07 | | |

07 DEC 24 AM 7:57

AO 442   (Rev. 08/07) Warrant for Arrest (Page2)

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __LAURINDO BRADSHAW__

ALIAS: _____

LAST KNOWN RESIDENCE: __4202 WHETZEL AVENUE, CINCINNATI, OHIO 45227__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____